THE BOARD OF COMM'RS OF BROWN CO. v. GEORGE R. T.
ROBERTS, *Adm'r, &c.*

1. RECORD, *Incomplete; Practice.* Where the record does not contain all
   the evidence, the judgment of the trial court cannot be successfully
   challenged in this court on the ground that the evidence does not sus-
   tain such judgment.

2. INSTRUCTIONS, *Unpreserved; Practice.* This court will not ordinarily
   reverse the judgment of the trial court for alleged errors in giving and
   refusing instructions when all the instructions given in the case are not
   embraced in the record.

3. ERROR, *No Presumption of.* No presumptions of error arise from an
   imperfect record, but error must be clearly and affirmatively shown, and
   such error must be material and prejudicial to the party complaining.

*Error from Brown District Court.*

AT the September Term, 1878, of the district court, plain-
tiff *Roberts*, as administrator of the estate of Wm. H.
Roberts, deceased, had judgment against the *Board of Com-
missioners* of Brown county, defendant, for the sum of
$336.50 and costs. New trial denied, and the defendant
brings the case to this court.

*Ira J. Lacock*, and *Willard Davis*, for plaintiff in error.

*W. W. Guthrie*, and *James Falloon*, for defendant in error.

The opinion of the court was delivered by

HORTON, C. J.: It is claimed in this case that the evidence
does not sustain the verdict and judgment, and that the court
committed error in giving and refusing instructions. As the
record does not purport to contain all the evidence produced
on the trial, or all of the instructions given or refused, we
cannot consider the questions attempted to be raised. The
record is imperfect. One or two of the instructions of the
court contained in the record state certain matters of law in-
correctly, but whether they were in any way qualified or lim-
ited by other instructions, we cannot tell. From the record,
we cannot say that these instructions were sufficiently mate-

rial and prejudicial to cause a reversal of the judgment. All the presumptions are in favor of the judgment, and therefore, in the condition of the record, the judgment will be affirmed. (*Wilson v. Fuller*, 9 Kas. 176; *Bartlett v. Feeney*, 11 Kas. 593; *Marshall v. Shibley*, 11 Kas. 114.)

All the Justices concurring.